# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Richard Fekete,<br>  *Plaintiff,*<br>v.<br><br>Encompass Insurance Company and Ironshore Indemnity, Inc.,<br>  *Defendants,*<br>_____<br>Encompass Insurance Company,<br>  *Counter Claimant,*<br><br>v.<br><br>Richard Fekete,<br>  *Counter Defendant*.<br>_____ | Civil Action No. 0:16-3419 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff Richard Fekete recover from the defendant Encompass Insurance Company, the amount of One Hundred Seventy-Six Thousand Nine Hundred Twenty-Two and 03/100 dollars ($ 176,922.03 ), and plus postjudgment interest at the rate of 2.31 %, along with costs.

  **IT IS ORDERED AND ADJUDGED** that plaintiff, Richard Fekete recover from the defendant, Encompass Insurance Company on the breach of contract claim.  The remaining claims as to Encompass Insurance Company are dismissed with prejudice by way of summary judgment or stipulation.

  **IT IS FURTHER ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendant, Ironshore Indemnity, Inc., on the breach of contract claim.   The remaining claims against defendant, Ironshore Indemnity are dismissed with prejudice by way of stipulation.

  **IT IS FURTHER ORDERED AND ADJUDGED** that defendant, Encompass Insurance Company shall take nothing on its counterclaim.

This action was *(check one)*:

■ tried by a jury with Judge Joseph F. Anderson, Jr., United States District Judge presiding, and the jury has rendered a verdict that the defendant, Encompass Insurance Company, did not prove by a preponderance of the evidence, the plaintiff, Richard Fekete, intentionally set fire to the house at 1920 Gold Hill Road in Fort Mill, South Carolina on October 22, 2013.

Date: June 12, 2018              *ROBIN L. BLUME, CLERK OF COURT*

                              s/Mary L. Floyd, Deputy Clerk

                              *Signature of Clerk or Deputy Clerk*