UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| RICHARD FEKETE, | ) | |
| | ) | Civil Action No. 0:16-CV-03419-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |
| ENCOMPASS INSURANCE COMPANY | ) | |
| AND IRONSHORE INDEMNITY, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Whereas, a judgment was entered in the above-action on June 12, 2018 in favor of the Plaintiff and against the Defendant in the amount of $176,922.03 and the Plaintiff hereby acknowledges that the judgment has been fully paid and certifies there are no outstanding amounts owed by the Defendant.

THEREFORE, a full and complete satisfaction of this judgment is hereby acknowledged and the Court is authorized and directed to make an entry of the full and complete satisfaction of the judgment.

s/Daniel L. Draisen
Daniel L. Draisen (Fed. Bar No. 7226)
Krause, Moorhead and Draisen, P.A.
207 East Calhoun Street
Anderson, South Carolina 29621

ATTORNEY FOR PLAINTIFF

September 5, 2018